UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

| | |
|---|---|
| GEOFF WINKLER, Receiver,<br><br>  Plaintiff,<br><br>  vs.<br><br>CHARLES R. GRIMM, an individual; BLUE PACIFIC BIO-ENERGY, INC., a California corporation; GRIMM INVESTMENTS, LLC, a California limited liability company; and DOES 1–10, inclusive,<br><br>  Defendants. | Case No. 2:22-cv-05735-FMO-AJR<br><br>**ORDER APPROVING STIPULATION [49] FOR ORDER APPROVING SETTLEMENT AGREEMENT** |

This Court has considered the *Stipulation for Order Approving Settlement Agreement* (the "Stipulation") entered into by and between (1) plaintiff Geoff Winkler (the "Receiver"), the Court-appointed permanent receiver for Essex Capital Corporation and its subsidiaries and affiliates, on the one hand, and (2) defendants Charles R. Grimm, Blue Pacific Bio-Energy, Inc., and Grimm Investments, LLC (collectively, "Defendants," and, together, with the Receiver, the "Parties"), on the other hand.

/ / /

/ / /

/ / /

4874-7048-9261.1

Good cause appearing therefor, **IT IS HEREBY ORDERED** that

1. The Stipulation by and between the Receiver and Defendants is approved, in its entirety;

2. The *Settlement Agreement and Mutual Release* (the "Settlement Agreement") entered into by and between the Receiver and Defendants, and appended as **Exhibit 1** to the Stipulation, is approved, in its entirety;

3. The Parties are authorized to perform their respective obligations as set forth in the Settlement Agreement; and

4. This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of the Settlement Agreement.

Dated: April 5, 2024

/s/
Hon. Fernando M. Olguin
United States District Judge